# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2461
_____

WILLIAM H. BELL JR,

    Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


March 25, 2026


PER CURIAM.

    DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William H. Bell Jr, pro se, Petitioner.

No appearance for Respondent.